# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

IN RE:                                                                                       CHAPTER 7

TERESA M. LITZINGER                             CASE NO. 13-12535-BJK

JANET M. MEIBURGER, Trustee

    Plaintiff,

v.                                                                                      Adv. Proc. No. 14-01039-BFK

ROBERT L. LITZINGER

    Defendant

### DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

1) Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the following individual re likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

   a) Robert Litzinger, P.O. Box 1207, Warrenton VA 20188; 540-219-9452. This witness will testify to same facts as alleged in the answer.

   b) Teresa Litzinger, 9356 Harts Mill Road, Warrenton VA 20186. This witness will testify to the fact that Robert Litzinger owned this property prior to marriage.

2) Pursuant to Fed.R.Civ.P.26(a)(1)(A)(ii), Defendant has the following documents in his custody or control which would support his defense:

   a) Deed to subject property showing sole ownership prior to marriage.

3) Pursuant to Fed.R.Civ.P.26 (a)(1)(A)(iii, Defendant is not claiming any damages.

4) Pursuant to Fed.R.Civ.P.26(a)(1)(iv), Defendant is not aware of any insurance agreements relevant to this case.

        Respectfully submitted this 7th day of April, 2014.

                                                Robert Litzinger
                                                By Counsel

/s/ Ann M. Callaway, Counsel for Defendant/Debtor
Ann M. Callaway, P.C.
15 Garrett Street
Warrenton, VA 20186
(540) 349-4100
(540) 347-1086 fax
VSB #29014

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2014, a copy of the foregoing document was served electronically on Plaintiff.

                                                /s/ Ann M. Callaway